UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN 12 P 4: 26

_____
BY DEPUTY CLERK

| | |
|---|---|
| JO ANNA CANZONERI | CIVIL ACTION |
| VERSUS | NUMBER 08-319-RET-DLD |

GEORGE W. BUSH, an individual; USA, a business entity; UNITED STATES OF AMERICA, a business entity; UNITED STATES HOUSING AND URBAN DEVELOPMENT, (HUD), a business entity; TALL TIMBERS APARTMENTS, a business entity; STANDARD MORTGAGE CORPORATION; STANDARD MORTGAGE, a business entity; WOODSIDE MANOR APARTMENTS, LLC, A Business Entity; ROLAND VON KURNATOWSKI, an individual; ROLAND VON KURNATOWSKI, a business entity; EUGENE KHAVINSON, an individual; KHAVINSON AND ASSOCIATES, a business entity; MICHAEL R. BLOOMBERG, an individual; NEW YORK CITY MAYOR OFFICE, a business entity; NYCHA (NEW YORK CITY HOUSING AUTHORITY), a business entity; ELIOT L. SPITZER, an individual; STATE OF NEW YORK, a business entity; GEORGE E. PATAKI, an individual; SIGNEY DETXER, an individual; ALPHONSO JACKSON, an individual; JOHN DOES 1-1000; JOHN DOES COMPANYS 1-1000; JANE DOES 1-1000; JOHN DOES CORPORATIONS 1-1000, INCLUSIVE

## JUDGMENT

This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's complaint (rec. doc. no. 1) is hereby **DISMISSED** without prejudice.

Baton Rouge, Louisiana, June 12, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA